```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 04117
   LARRY MICHAEL HORN
                                          CHAPTER 13

                                          JUDGE: JACQUELINE P COX

          Debtor
   SSN XXX-XX-6236

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 02/08/2005 and was confirmed 03/28/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  52.55% from remaining funds.

     The case was paid in full 02/15/2008.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT       INTEREST       PRINCIPAL
                                                                PAID            PAID
--------------------------------------------------------------------------------
AMERICAN EXPRESS TRAVEL   UNSECURED OTH     1602.61              .00            842.16
SHERMAN ACQUISITION       UNSECURED         2392.55              .00           1257.19
SHERMAN ACQUISITION       UNSECURED         6113.09              .00           3212.18
DISCOVER FINANCIAL SERVI  UNSECURED         6253.10              .00           3285.75
ROUNDUP FUNDING LLC       UNSECURED         3531.01              .00           1855.40
BLATT HASENMILLER LEIBSK  NOTICE ONLY       NOT FILED            .00                .00
MCSCI                     UNSECURED         1500.00              .00            788.19
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                            2,700.00
TOM VAUGHN                TRUSTEE                                                 819.13
DEBTOR REFUND             REFUND                                                  383.20

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                        RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 15,143.20

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                       11,240.87
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                               819.13
DEBTOR REFUND                                      383.20
                        ---------------      ---------------
TOTALS                  15,143.20                15,143.20




               PAGE   1 - CONTINUED ON NEXT PAGE
        CASE NO. 05 B 04117 LARRY MICHAEL HORN
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 09/11/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 05 B 04117 LARRY MICHAEL HORN